Liem Hieu Le
713 Caskey St, Bay Point, CA 94565
(925) 698-6792
Plaintiff in pro per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Liem Hieu Le,<br><br>Plaintiff,<br><br>vs.<br><br>City Of Pittsburg,<br><br>Defendants. | CASE NO.<br><br>CV 08  0727<br>Complaint<br><br>E-filing |

Plaintiff Liem Hieu Le alleges:

1. Plaintiff is and was at all times mentioned herein a citizen of the State of California.

2. City of Pittsburg is a public entity under the laws of the State of California, having its principal place of business in the State of California.

The jurisdiction of this Court over the subject matter of this action is predicated on 28 USC S1332. The amount in controversy exceeds $50,000.00, exclusive of interest and costs.

3. The claim arose in this district.

4. The discrimination, and the abuse of power, and the negligence of employees of defendant City of Pittsburg caused the foreclosure of plaintiff's properties, known as 430 E. 9th St, 415 E. 9th St and 1160 York St in Pittsburg, California.

5. Wherefore, plaintiff prays for judgment against defendant City of Pittsburg as follows: Damages in the sum of two million dollars.

6. Dated The 30th of January, 2008.

Liem Hieu Le

Plaintiff

DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial as provided by Rule 38 (a) of the Federal Rules of Civil Procedure.

Liem Hieu Le

Plaintiff