UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Liem Hieu Le

        Plaintiff(s),

v.

City of Pittsburg

        Defendant(s).

No. C 3:08-cv-00727-JL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 4/4/08

Signature

Counsel for Defendant City of Pittsburg
(Plaintiff, Defendant, or indicate "pro se")

LE v. CITY OF PITTSBURG
U.S. District Court, Northern District of California Case No. CV 08-0727-JL

## PROOF OF SERVICE

I am employed in the County of Contra Costa, State of California. I am over the age of 18 years, and not a party to the within action. My business address is 1333 North California Boulevard, Suite 110, Walnut Creek, California, 94596. On the date set forth below, I caused to be served a true copy of the foregoing **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** on the following person(s) in this action addressed as follows:

Liem Hieu Le                                           *Plaintiff pro se*
713 Caskey Street
Bay Point, CA  94565
Tel:    (925) 709-1063

[X] **BY MAIL**. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the U.S. Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing, following ordinary business practices.

[X] **FEDERAL**. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

[X] **STATE**. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 4, 2008

KARIN JOHNSON-BUTLER

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA 94596
(925) 932-3600
Fax (925) 932-1623

PROOF OF SERVICE                                                                                              CASE NO.: CV 08-0727-JL