UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LIEM HIEU LE

    Plaintiff(s),                                    No. 08-00727 JL

    v.                                          NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

CITY OF PITTSBURG

    Defendant(s).
_____/

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

        (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for May 7, 2008 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: April 7, 2008

                                                Richard W. Wieking, Clerk
                                                United States District Court

                                                */s/ Wings Hom*
                                                By: Wings Hom, Deputy Clerk