AUSTIN R. GIBBONS, ESQ. SBN 034619
SEAN C. CONLEY, ESQ. SBN 130814
GIBBONS & CONLEY
1333 North California Boulevard, Suite 110
Walnut Creek, CA 94596
Telephone: (925) 932-3600 Fax: (925) 932-1623

Attorneys for Defendant City of Pittsburg

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIEM HIEU LE, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF PITTSBURG, <br><br> Defendant. | CASE NO. 3:08-cv-00727-SI <br><br> AMENDED NOTICE OF MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT <br><br> Date:     July 11, 2008 <br> Time:     9:00 a.m. <br> Location: Courtroom 10, 19th Floor <br> Judge:    Judge Susan Illston |

TO PLAINTIFF:

Please take notice that the City of Pittsburg's Motion to Dismiss Or, In The Alternative, For a More Definite Statement, previously scheduled for April 23, 2008 with Magistrate Judge Larson, is now scheduled for July 11, 2008 at 9:00 a.m. before Judge Susan Illston.

Dated: 4/22/08

GIBBONS & CONLEY

By: _____
SEAN C. CONLEY
Attorneys for Defendant City of Pittsburg

1

AMENDED NOTICE OF MOTION AND MOTION TO DISMISS          CASE NO. CIV 3:08-cv-00727-JL

LE v. CITY OF PITTSBURG
U.S. District Court, Northern District of California Case No. CV 08-0727-JL

## PROOF OF SERVICE

I am employed in the County of Contra Costa, State of California. I am over the age of 18 years, and not a party to the within action. My business address is 1333 North California Boulevard, Suite 110, Walnut Creek, California, 94596. On the date set forth below, I caused to be served a true copy of the foregoing **AMENDED NOTICE OF MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT** on the following person(s) in this action addressed as follows:

Liem Hieu Le                                           *Plaintiff pro se*
713 Caskey Street
Bay Point, CA 94565
*Tel:   (925) 709-1063*

[X] **BY MAIL**. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the U.S. Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing, following ordinary business practices.

[X] **FEDERAL**. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

[X] **STATE**. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 23, 2008

KARIN JOHNSON-BUTLER

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA 94596
(925) 932-3600
Fax (925) 932-1623

PROOF OF SERVICE                                              CASE NO.: CV 08-0727-JL