Liem Le
Plaintiff.



FILED
08 JUN 25 PM 12:51

U.S. DISTRICT COURT
NORTHERN DIST. OF CALIFORNIA

## Le v. City of Pittsburg

U.S. District Court, Northern District of California Case No. CV 08-0727-JL  SI

PROOF OF SEVICE

I am resident in the County of Contra Costa, State of California. I am over the age of 18 years, and not a party to the within action. My residence address is 713 Caskey St, Bay Point, CA 94565
On June 23, 2008, I served the within Case Management Conference Order, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the U.S Post Office at Bay Point, California, addressed as follows:
Sean C. Conley , Esq, Gibbons & Conley
1333 N. California Blvd, Suite 110
Walnut Creek, CA 94596

I declare under penalty of perjury that the foregoing is true and correct.
Executed on June 23, 2008 at Bay Point, California,

Viet Le