**United States District Court**
For the Northern District of California

1

2

3

4          IN THE UNITED STATES DISTRICT COURT

5          FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7    LIEM HIEU LE,                                    No. C 08-727 SI

8              Plaintiff,                             **ORDER TO SHOW CAUSE**

9       v.

     CITY OF PITTSBURG,
10

11             Defendant.
                                              /

12

13          This matter came on for a regularly-scheduled case management conference on Friday, August

14   1, 2008.  Defendant was present through counsel, but plaintiff did not appear, nor did plaintiff contact

15   the Court in any way concerning his absence.  Further, by order dated July 9, 2008, plaintiff's complaint

16   was dismissed with leave to amend by July 18, 2008.  Plaintiff did not file an amended complaint, nor

17   did he contact the Court in any way concerning an extension of that deadline.

18          Plaintiff is hereby ORDERED to show cause, **in writing filed with the Court and served on**

19   **opposing counsel no later than August 18, 2008**, why he failed to appear; why he failed to file an

20   amended complaint by July 18, 2008; and whether he intends to continue with this action

21          In the event an adequate response is not provided by August 18, 2008, this action may be

22   dismissed without prejudice for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil

23   Procedure.

24          **IT IS SO ORDERED.**

25   Dated: August 1, 2008
                                              _____
26                                            SUSAN ILLSTON
                                              United States District Judge
27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LIEM HIEU LE,

        Plaintiff,

v.

CITY OF PITTSBURG et al,

        Defendant.

Case Number: CV08-00727 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Liem Hieu Le
713 Caskey Street
Bay Point, CA 94565

Dated: August 5, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk