# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL PRETRIAL MINUTES

Date:  August 1, 2008        [2:11pm - 2:13pm]

Case No.  C08-0727 SI        Judge:  SUSAN ILLSTON

Title:  LIEM H. LE  -v- CITY OF PITTSBURG

Attorneys:    Sean Conley (Def)

*FILED*
*AUG 0 1 2008*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

Deputy Clerk:  Monica Narcisse for Tracy Sutton   Court Reporter:      Joan Columbini

### PROCEEDINGS

1)  Status _____

2) _____

3) _____

Order to be prepared by: ( )Pltf  ( )Deft  ( )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN  ( ) SUBMITTED
                                   PART

Case continued to __@ 2:30 p.m._ for Further Case Management Conference

Case continued to __@ 9:00 a.m.__ for Motions
(Motion due , Opposition Reply )

Case continued to __@ 3:30 p.m._ for Pretrial Conference

Case continued to __@ 8:30 a.m.__ for Trial (: Days)
Discovery Cutoff:  Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
**No appearance by Pro Se plaintiff. Plaintiff did not file an amended complaint by 7/18/2008 as ordered.  Court shall issue an Order to Show Cause for failure to prosecute in a timely manner and failure to appear.**