**LE v. CITY OF PITTSBURG**
**U.S. District Court, Northern District of California Case No. CV 08-0727-JL**

## PROOF OF SERVICE

I am employed in the County of Contra Costa, State of California. I am over the age of 18 years, and not a party to the within action. My business address is 1333 North California Boulevard, Suite 110, Walnut Creek, California, 94596. On the date set forth below, I caused to be served a true copy of the foregoing **ORDER TO SHOW CAUSE** on the following person(s) in this action addressed as follows:

Office of the U.S. Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612
Tel:   (510) 637-3200

[X]  **BY MAIL.** I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the U.S. Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing, following ordinary business practices.

[X]  **FEDERAL.** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

[X]  **STATE.** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 5, 2008

_____
KARIN JOHNSON-BUTLER

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA 94596
(925) 932-3600
Fax (925) 932-1623

PROOF OF SERVICE                                                                                         CASE NO.: CV 08-0727-JL