IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIEM HIEU LE,                                                       No. C 08-727 SI

        Plaintiff,                                              **ORDER DISMISSING ACTION**

  v.

CITY OF PITTSBURG,

        Defendant.
                                           /

      By order dated August 1, 2008, plaintiff was ordered to show cause, in writing filed with the Court and served on opposing counsel no later than August 18, 2008, why he failed to appear at the regularly scheduled case management conference, why he failed to file an amended complaint by July 18, 2008, and whether he intended to continue with this action. In the order, plaintiff was advised that in the event an adequate response was not provided by August 18, 2008, this action might be dismissed without prejudice for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.

      Plaintiff did not file any response to the Order to Show Cause, nor did he contact the Court in any way concerning the action. Accordingly, this action is dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 21, 2008

                                                    SUSAN ILLSTON
                                                    United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LIEM HIEU LE,

        Plaintiff,

v.

CITY OF PITTSBURG et al,

        Defendant.

Case Number: CV08-00727 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Liem Hieu Le
713 Caskey Street
Bay Point, CA 94565

Dated: August 21, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk