IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIEM HIEU LE, | No. C 08-727 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF PITTSBURG, | |
| Defendant. | |

This action is dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 21, 2008

SUSAN ILLSTON
United States District Judge